

**CAPEHART SCATCHARD**
ATTORNEYS AT LAW

Laura D. Ruccolo
lruccolo@capehart.com

February 13, 2009

Hon. Joel Schneider, US Magistrate Judge
US District Court, District of NJ, Camden
Mitchell H. Cohen U.S. Courthouse, Room 2060
1 John F. Gerry Plaza
Fourth & Cooper Streets
Camden, NJ 08101

Re:   John J. Adamson, Jr. v. Foulke Management Corp., et al
      USDC, District of NJ, No. 08-CV-4819(JBS)
      Our File No. 2708-30834

Dear Magistrate Judge Schneider:

This letter will serve to confirm that a settlement conference has been scheduled before Your Honor in the above-referenced matter for Tuesday, March 10, 2009 at 2:00 PM.

Respectfully submitted,

CAPEHART & SCATCHARD, P.A.

Laura D. Ruccolo

LDR/cle
1152887

cc:   John J. Jacko, III, Esq.
      Bruce Barrett, Esq.