Laura D. Ruccolo, Esq.
Capehart & Scatchard, PA
8000 Midlantic Drive
Suite 300 S
Mt. Laurel, NJ 08054
(856) 234-6800
Email: lruccolo@capehart.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
HONORABLE JEROME B. SIMANDLE, U.S.D.C.J.

| | | |
|---|---|---|
| JOHN J. ADAMSON, JR., | : | Civil Action |
| | : | |
| Plaintiff, | : | Docket No. 08-cv-4819(JBS-KMW) |
| | : | |
| vs. | : | **CERTIFICATION OF WILLIAM KOPP** |
| | : | |
| FOULKE MANAGEMENT CORPORATION d/b/a CHERRY HILL TRIPLEX and CHERRY HILL DODGE, et al., | : | |
| | : | |
| Defendants. | : | |

I, William Kopp, certify as follows:

1. I am employed by Foulke Management as the General Manager of Cherry Hill Triplex. I am authorized to make this Certification on behalf of Foulke Management Corp. in this matter. I make this Certification with full knowledge and information in opposition to the Plaintiff's motion to determine the arbitration agreement unconscionable.

2. I have reviewed the Plaintiff's moving papers and, specifically, Mr. Jacko's Certification regarding the estimated costs of arbitration. His estimates have no basis in reality.

1234739

3. In my experience consumer claims, such as the claim being brought by Mr. Adamson in AAA arbitration, would require no more than one day of arbitration.

4. In addition, to my knowledge, every consumer who has arbitrated his or her claims against Foulke Management Corp. under the arbitration agreement at issue in this case has done so under the Commercial Arbitration Rules Supplementary Procedures for Consumer-Related Disputes.

5. No consumer, to my knowledge, has been required to pay more than $375.00 to arbitrate with AAA any claims against Foulke Management Corp. under the arbitration agreement at issue.

6. In any case, Foulke Management Corp. will pay all costs necessary to arbitrate in the American Arbitration Association Mr. Adamson's claims as raised in the Complaint filed in the United States District Court under Docket No. 08-CV-4819. In addition, to all of the arbitration costs, Foulke Management Corp. is willing to pay the costs to provide a sign language interpreter for Mr. Adamson at the arbitration proceeding.

I hereby certify that the above statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
WILLIAM KOPP

Dated: 6/17/09

1234739